UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL NO. 5:11-cv-00081

RAYFORD E. POOLE     PLAINTIFF

v.

PHILLIP PARKER     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff has filed a motion for reconsideration of this Court's Memorandum Opinion and Order, both dated July 1, 2011, (DN 6, 7) dismissing this case. Plaintiff states that he paid the required filing fee and therefore should not have had the case dismissed for failure to prosecute. This Court has verified that the filing fee was paid and that an internal error prevented the payment from reflecting on the docket sheet. Accordingly, dismissing the case was an error of law and a manifest injustice. The motion for reconsideration is GRANTED (DN 8). The Memorandum Opinion and Order dismissing the case are hereby VACATED (DN 6 and 7). The Court will conduct an initial review of the habeas corpus action.